JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
PHILIP L. GREGORY (SBN 95217)
pgregory@cpmlegal.com
ERIC J. BUESCHER (SBN 271323)
ebuescher@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, California 94010
Telephone:  (650) 697-6000
Facsimile:  (650) 697-0577

DIANE V. RATHMANN (SBN 89845)
drathmann@aol.com
**LINNEMAN, BURGESS, TELLES,
VAN ATTA, VIERRA, RATHMANN,
WHITEHURST & KEENE**
1820 Marguerite Street
P.O. Box 156
Dos Palos, CA 93620
Telephone:  (209) 392-2141
Facsimile:  (209) 392-3964

*Attorneys for Defendant San Luis &
Delta-Mendota Water Authority*

STEPHAN C. VOLKER (SBN 63093)
svolker@volkerlaw.com
JOSHUA A. H. HARRIS (SBN 226898)
jharris@volkerlaw.com
JAMEY M.B. VOLKER (SBN 273544)
jvolker@volkerlaw.com
M. BENJAMIN EICHENBERG (SBN 270893)
mbeichenberg@yahoo.com
**LAW OFFICES OF STEPHAN C. VOLKER**
436 14th Street, Suite 1300
Oakland, California 94612
Telephone:  (510) 496-0600
Facsimile:  (510) 496-1366

*Attorneys for Plaintiffs Pacific Coast Federation
of Fishermen's Associations; California
Sportfishing Protection Alliance; Friends of the
River; San Francisco Crab Boat Owners
Association, Inc.; The Institute for Fisheries
Resources; and Felix Smith*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS; CALIFORNIA SPORTFISHING PROTECTION ALLIANCE; FRIENDS OF THE RIVER; SAN FRANCISCO CRAB BOAT OWNERS ASSOCIATION, INC.; THE INSTITUTE FOR FISHERIES RESOURCES; and FELIX SMITH,<br><br>Plaintiffs,<br>v.<br><br>DONALD R. GLASER, Regional Director of the U.S. Bureau of Reclamation; U.S. BUREAU OF RECLAMATION, and SAN LUIS & DELTA-MENDOTA WATER AUTHORITY,<br><br>Defendants. | Case No. 2:11-cv-2980-KJM (CKD)<br><br>**JOINT STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANT SAN LUIS & DELTA-MENDOTA WATER AUTHORITY TO RESPOND TO COMPLAINT; ORDER**<br><br>Judge:  Hon. Kimberly J. Mueller |

## STIPULATION

WHEREAS, Pacific Coast Federation of Fishermen's Associations, California Sportfishing Protection Alliance, Friends of the River; San Francisco Crab Boat Owners Association, Inc., The Institute for Fisheries Resources, and Felix Smith (collectively, "Plaintiffs") filed a Complaint in the above-entitled case against defendants Donald R. Glaser, Regional Director of the U.S. Bureau of Reclamation, the U.S. Bureau of Reclamation (the "Federal Defendants"), and the San Luis & Delta-Mendota Water Authority (the "Authority," and, together with the Federal Defendants, "Defendants");

WHEREAS, the Federal Defendants' response to the Complaint is currently due on January 9, 2012;

WHEREAS, the Authority's response to the Complaint is currently due on December 5, 2011;

WHEREAS, the initial case management conference is currently scheduled for March 21, 2012 at 10:00 a.m. before this Court;

WHEREAS, there are no other currently scheduled deadlines or hearings in this matter;

WHEREAS, there have been no previous requests for an extension of time to respond to the Complaint by any party, nor have there been any other requests for extensions of time with respect to any other matter;

WHEREAS, the Federal Defendants have no objection to the requested extension of time for the Authority to respond to the Complaint;

WHEREAS, counsel for the Authority has met and conferred with counsel for Plaintiffs regarding the date by which a responsive pleading to the Complaint must be filed; and,

WHEREAS, it will conserve resources and increase efficient management of this litigation to have the same deadline for all Defendants to file responsive pleadings to the Complaint in order to avoid duplicative motion(s) and/or hearings on similar issues.

LAW OFFICES
COTCHETT, PITRE, & MCCARTHY, LLP

**JOINT STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANT SAN LUIS & DELTA-MENDOTA WATER AUTHORITY TO RESPOND TO COMPLAINT; ORDER**; Case No. 2:11-cv-2980-KJM (CKD)            1

THEREFORE, IT IS HEREBY STIPULATED, SUBJECT TO COURT ORDER, THAT:

Defendant San Luis & Delta-Mendota Water Authority shall have up to and including January 9, 2012 to answer or otherwise respond to the Complaint.

**IT IS SO STIPULATED.**

Dated: November 28, 2011         **COTCHETT, PITRE & McCARTHY, LLP**

By:   */s/ Eric J. Buescher*
ERIC J. BUESCHER
*Attorneys for Defendant San Luis & Delta-Mendota Water Authority*

Dated: November 28, 2011         **LAW OFFICES OF STEPHAN C. VOLKER**

By:   */s/ Stephan C. Volker*
STEPHAN C. VOLKER
*Attorneys for Plaintiffs*

LAW OFFICES COTCHETT, PITRE, & McCARTHY, LLP

**JOINT STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANT SAN LUIS & DELTA-MENDOTA WATER AUTHORITY TO RESPOND TO COMPLAINT; ORDER**; Case No. 2:11-cv-2980-KJM (CKD)    2

# ORDER

Pursuant to the stipulation, Defendant San Luis & Delta Mendota Water Authority, shall have up to and including January 9, 2012 to answer or otherwise respond to the Complaint.

**IT IS SO ORDERED.**

DATED: December 1, 2011.

_____
UNITED STATES DISTRICT JUDGE



LAW OFFICES
COTCHETT,
PITRE, &
MCCARTHY, LLP

**JOINT STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANT SAN LUIS & DELTA-MENDOTA WATER AUTHORITY TO RESPOND TO COMPLAINT; ORDER**; Case No. 2:11-cv-2980-KJM (CKD)                                                                 3