UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, et al.,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>DONALD R. GLASER, Regional Director of the U.S. Bureau of Reclamation, U.S. BUREAU OF RECLAMATION, and SAN LUIS & DELTA-MENDOTA WATER AUTHORITY<br><br>    *Defendants*.<br>_____/ | No. 2:11–cv–02980–KJM–CKD<br><br>**ORDER SETTING REVISED BRIEFING AND ARGUMENT SCHEDULE IN CONNECTION WITH DEFENDANTS' DISPOSITIVE MOTIONS**<br><br>Current Argument Date: March 9, 2012<br>Time: 10:00 a.m.<br>Courtroom: 3<br>Judge: Hon. Kimberly J. Mueller |

Defendant San Luis & Delta-Mendota Water Authority ("Authority"), and Federal Defendants Donald R. Glaser, Regional Director of United States Bureau of Reclamation ("USBR"), and USBR, have jointly moved this Court to set a revised briefing and argument schedule in this case. Plaintiff Pacific Coast Federation of Fishermen's Associations have opposed the motion, arguing that it would unfairly give the Authority additional time to file its reply. It also argues that the USBR has waived its opportunity to file a motion to dismiss under Rule 12(b) of the Federal Rules of Civil Procedure by filing its answer on January 9, 2012.

As plaintiff argues, by filing its answer, USBR has waived its right to bring a motion raising any of the defenses in Rule 12(b). FED. R. CIV. P. 12(b); *Beery v. Hitachi Home Electronics*

1  *(America), Inc.*, 157 F.R.D. 477, 479 (C.D. Cal. 1993). To the extent USBR will argue that this court lacks subject matter jurisdiction, however, such a motion may be raised at any time. FED. R. CIV. P. 12(h)(3); *Augustine v. United States*, 704 F.2d 1074, 1075 n.3 (9th Cir. 1983). As a matter of judicial economy, it is preferable that all such challenges be considered at the same time. USBR is counseled, however, that to the extent it attempts to bring a Rule 12(b) motion, it may be subject to sanctions.

Therefore upon consideration of the motion and opposition, IT IS HEREBY ORDERED THAT the following schedule shall apply:

| | |
|---|---|
| March 16, 2012 | Federal Defendants' dispositive motion is due |
| March 23, 2012 | Defendant Authority's Reply to Plaintiffs' Opposition (Dkt 24) is due |
| March 30, 2012 | Plaintiffs' Opposition to Federal Defendants' dispositive motion is due |
| April 13, 2012 | Federal Defendants' Reply is due |
| April 27, 2012 | Hearing on the Defendants' two dispositive motions. |

DATED: March 6, 2012

_____
UNITED STATES DISTRICT JUDGE