STEPHAN C. VOLKER (SBN 63093)
STEPHANIE L. CLARKE (SBN 254548)
DANIEL P. GARRETT-STEINMAN
(SBN 69146)
JAMEY M.B. VOLKER (SBN 273544)
Law Offices of Stephan C. Volker
1633 University Avenue
Berkeley, California 94703
Tel: 510/496-0600
Fax: 510/845-1255
*Attorneys for Plaintiffs*

JOSEPH W. COTCHETT (SBN 36234)
PHILIP L. GREGORY (SBN 95217)
ERIC J. BUESCHER (SBN 271323)
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Tel: 650/697-6000
Fax: 650/697-0577
*Attorneys for Defendant San Luis & Delta-Mendota Water Authority*

JEFFREY H. WOOD
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
MARTIN F. McDERMOTT
PAUL CIRINO
Environmental Defense Section, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: 202/514-1542
*Attorneys for Defendants David Murillo and U.S. Bureau of Reclamation*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, FRIENDS OF THE RIVER, SAN FRANCISCO CRAB BOAT OWNERS ASSOCIATION, INC., THE INSTITUTE FOR FISHERIES RESOURCES, and FELIX SMITH,<br><br>Plaintiffs,<br>v.<br><br>DAVID MURILLO, Regional Director of the U.S. Bureau of Reclamation, U.S. BUREAU OF RECLAMATION, and SAN LUIS & DELTA-MENDOTA WATER AUTHORITY,<br><br>Defendants. | Civ. No. 2:11-cv-02980-KJM-CKD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Trial Date: September 11, 2017<br><br>Hon. Kimberly J. Mueller |

Plaintiffs, Pacific Coast Federation of Fishermen's Associations, California Sportfishing Protection Alliance, Friends of the River, the Institute for Fisheries Resources, and Felix Smith; and Defendants, David Murillo, U.S. Bureau of Reclamation, and San Luis & Delta-Mendota Water Authority (collectively with Plaintiffs, the "Parties"), hereby file this Stipulation of Dismissal With Prejudice of the sole remaining claim in Plaintiffs' First Amended Complaint, and request that the Court enter final judgment in favor of Defendants on Plaintiffs' First Amended Complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

WHEREAS, on September 16, 2013, the Court issued an Order dismissing Plaintiffs' Complaint with leave to amend (Dkt. 70);

WHEREAS, on October 7, 2013, Plaintiffs filed the currently operative First Amended Complaint (Dkt. 71);

WHEREAS, on March 28, 2014 the Court issued an order granting in part and denying in part Defendants' Motions to Dismiss Plaintiffs' First Amended Complaint (Dkt. 87);

WHEREAS, on September 2, 2016, the Court issued an order denying Plaintiffs' motion for summary judgment and granting in part and denying in part Defendants' motions for summary judgment (Dkt. 138);

WHEREAS, on March 28, 2017, the Court issued an order denying Plaintiffs' motion for leave to file a Second Amended Complaint (Dkt. 162);

WHEREAS, on March 28, 2017, the Court issued a Final Pretrial Order (Dkt. 163);

WHEREAS, on August 9, 2017, the Court issued an order denying Plaintiffs' motion for reconsideration (Dkt. No. 175);

WHEREAS, on August 25, 2017, the Court issued an order tentatively striking as irrelevant the majority of Plaintiffs' disputed facts listed in the Final Pretrial Order (Dkt. 180);

WHEREAS, trial is currently set to begin on September 11, 2017 (Dkt. 176.);

WHEREAS, pursuant to the above orders, the sole issue remaining for trial is whether discharges unrelated to crop production from subsurface drainage systems beneath the Vega Solar

Project make up a majority of discharges from the Grassland Bypass Project (the "Vega Claim") (*see* Dkt. 163 at 2, 4);

WHEREAS, Plaintiffs are unlikely to succeed on the Vega Claim because the discharges from the Vega Solar Project property do not make up a majority of discharges from the Grassland Bypass Project;

WHEREAS, with the exception of the Vega Claim, the court has dismissed all other claims in this suit; and,

WHEREAS, Plaintiffs have informed Defendants they plan to file an appeal of the final judgment in this matter.

THEREFORE, the Parties hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) that Plaintiffs' Vega Claim be dismissed with prejudice, and that the Court issue final judgment in favor of Defendants on Plaintiffs' First Amended Complaint.

Accordingly, all previously set deadlines and hearings are VACATED. This case is CLOSED.

IT IS SO STIPULATED.

Dated this 29th day of August, 2017.

                                      LAW OFFICES OF STEPHAN C. VOLKER

                                      By: /s/ Stephan C. Volker
                                          STEPHAN C. VOLKER
                                      *Attorney for Plaintiffs*
                                      *Pacific Coast Federation of Fishermen's Associations,*
                                      *et al.*

Dated: August 29, 2017        JEFFREY H. WOOD
                                      Acting Assistant Attorney General

                                      By: /s/ Paul Cirino
                                          PAUL CIRINO
                                      Environmental Defense Section
                                      Ben Franklin Station, P.O. Box 7611
                                      Washington, DC 20044-7611

                                      *Attorneys for Defendants*
                                      *David Murillo and U.S. Bureau of Reclamation*

Dated: August 29, 2017         COTCHETT, PITRE & McCARTHY, LLP

                               By: /s/ Eric J. Buescher
                                   ERIC J. BUESCHER

                               LINNEMAN LAW LLP

                                   DIANE V. RATHMANN

                               *Attorneys for Defendant*
                               *San Luis & Delta-Mendota Water Authority*

IT IS SO ORDERED.

DATED: August 30, 2017.

_____
UNITED STATES DISTRICT JUDGE