UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pacific Coast Federation of Fishermen's Associations, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Donald R. Glaser, Regional Director of the U.S. Bureau of Reclamation, et al., <br><br> Defendants. | No. 2:11-cv-02980-KJM-CKD <br><br> ORDER |

Having reviewed the parties' joint report regarding additional discovery and pretrial scheduling, the court orders as follows:

1. The last day for fact discovery is **July 16, 2021**.
2. Supplemental expert opinions must be disclosed by **September 17, 2021**.
3. Rebuttal expert opinions must be disclosed by **October 16, 2021**.
4. Supplemental expert discovery must be completed by **November 19, 2021**.
5. Briefing and a hearing on dispositive motions will proceed as follows:
   a. Defendants' and defendant intervenor's motions must be filed no later than **January 28, 2022**. Defendants and defendant intervenor are encouraged to file a joint motion.

      b.  Plaintiffs' cross-motion must be filed by **February 11, 2022.**

      c.  Defendants' and defendants intervenor's opposition/reply must be filed by **February 25, 2022**.

      d.  Plaintiffs' replies must be filed by **March 11, 2022**.

      e.  Cross motions for summary judgment must be heard **March 25, 2022 at 10:00 a.m.**

IT IS SO ORDERED.

DATED: April 12, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE