10.497.02

STEPHAN C. VOLKER (CSB #63093)
ALEXIS E. KRIEG (CSB #254548)
STEPHANIE L. CLARKE (CSB #257961)
JAMEY M.B. VOLKER (CSB #273544)
LAW OFFICES OF STEPHAN C. VOLKER
1633 University Avenue
Berkeley, California 94703
Tel:    510/496-0600
Fax:   510/845-1255
svolker@volkerlaw.com
akrieg@volkerlaw.com
sclarke@volkerlaw.com
jvolker@volkerlaw.com
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, CALIFORNIA SPORTSFISHING PROTECTION ALLIANCE, FRIENDS OF THE RIVER, SAN FRANCISCO CRAB BOAT OWNERS ASSOCIATION, INC., THE INSTITUTE FOR FISHERIES RESOURCES, and FELIX SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD R. GLASER, Regional Director of the U.S. Bureau of Reclamation, U.S. BUREAU OF RECLAMATION, and SAN LUIS & DELTA-MENDOTA WATER AUTHORITY,<br><br>Defendants. | Civ. No. 2:11-cv-02980-KJM-CKD<br><br>**SECOND STIPULATION EXTENDING SUMMARY JUDGMENT BRIEFING SCHEDULE; ORDER THEREON**<br><br>Current Due Date:  April 29, 2022<br>Proposed New Date:  May 31, 2022 |

Plaintiffs PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, et al.,

DEFENDANTS DONALD R. GLASER, U.S. BUREAU OF RECLAMATION, and SAN LUIS &

DELTA-MENDOTA WATER AUTHORITY, and Defendant-Intervenor GRASSLAND WATER

DISTRICT hereby stipulate, and jointly request, that this Court enter an Order amending its Minute

Order filed March 21, 2022 (ECF 223) to extend the current summary judgment briefing schedule in the

above-referenced action from the current due dates as stated in that Minute Order to the later dates

specified below to accommodate the unavailability of Plaintiffs' counsel due to Covid and additional

urgent medical issues, as follows:

| Task | Current Deadline | Extended Deadline |
|------|------------------|-------------------|
| Pltfs' X-Mtn(s) and Opp(s) to Defs' two MSJs | April 29, 2022 | May 27, 2022 |
| Defendants' Opp(s)/Reply(ies) | May 27, 2022 | July 22, 2022 |
| Plaintiffs' Reply(ies) | June 24, 2022 | August 19, 2022 |
| Hearing Date | July 29. 2022 | September 15, 2022 |

In support of this Stipulation and Joint Request the undersigned Parties state as follows:

1.  Defendants and Defendant-Intervenor previously requested and were granted a 34-day extension of time to file their opening summary judgment motions and supporting documents by this Court's Minute Order filed February 25, 2022.

2.  Plaintiffs previously requested and were granted a 35-day extension of time to file their cross-motion for summary judgment and opposition to Defendants' summary judgment motion by this Court's Minute Order filed March 21, 2022.

3.  Plaintiffs' two counsel with principal responsibility for preparing Plaintiffs' cross-motion for summary judgment and opposition have encountered serious medical issues that have substantially impaired their ability to prepare Plaintiffs' cross-motion for summary judgment and opposition to Defendants' summary judgment motion due to Covid and additional urgent medical issues, necessitating an extension of the current deadline. Further, Defendants' counsel have prepaid week-long vacations in June during which they will be unable to work on their opposition to Plaintiffs' brief.

4. This extension request is STIPULATED AND UNOPPOSED.

5. The Parties recognize and defer to the Court's decisions as to a new hearing date, but propose September 15, 2022, to allow the Court time to review the Parties' submissions.

6.  Plaintiffs submit that granting this extension should not appreciably delay the ultimate resolution of this case.

For the foregoing reasons, the Parties respectfully request that the Court issue an order extending the time for the filing of Plaintiffs' summary judgment briefs and supporting

documents, along with corresponding extensions of the later briefing due dates, and an appropriate rescheduling of the hearing date, on the schedule provided above.

Dated:  April 27, 2022         Respectfully submitted,
                                LAW OFFICES OF STEPHAN C. VOLKER

                                By: */s/ Stephan C. Volker*
                                STEPHAN C. VOLKER
                                *Attorney for Plaintiffs*


Dated:  April 27, 2022         U.S. DEPARTMENT OF JUSTICE


                                By: */s/Martin F. McDermott*
                                Martin F. McDermott
                                U.S. Department of Justice Environment & Natural Res. Div.
                                Environmental Defense Section
                                P.O. Box 7611 Washington, D.C. 20044
                                *Attorneys for Federal Defendants*


Dated:  April 27, 2022         COTCHETT, PITRE & McCARTHY, LLP


                                By:  */s/  Julie L. Fieber*
                                JULIE L. FIEBER
                                840 Malcolm Road
                                Burlingame, CA 94101
                                Attorneys for Defendant San Luis & Delta-Mendota Water Authority

Dated:  April 27, 2022         GRASSLAND WATER DISTRICT

                                By:  */s/ Ellen L. Wehr*
                                ELLEN F. WEHR
                                200 West Willmott Avenue
                                Los Banos, CA 93635
                                Attorney for Defendant-Intervenor Grassland Water District

# ORDER

GOOD CAUSE APPEARING from the Parties' Stipulation and Joint Request, the Court extends the following deadlines:

| Task | Current Deadline | Extended Deadline |
|---|---|---|
| Pltfs' X-Mtn(s) and Opp(s) to Defs' two MSJs | April 29, 2022 | May 27, 2022 |
| Defendants' Opp(s)/Reply(ies) | May 27, 2022 | July 22, 2022 |
| Plaintiffs' Reply(ies) | June 24, 2022 | August 19, 2022 |
| Hearing Date | July 29. 2022 | September 30, 2022 at 10:00 a.m. |

.

IT IS SO ORDERED.

DATED:  May 3, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE