```
STEPHAN C. VOLKER (CSB #63093)
ALEXIS E. KRIEG (CSB #254548)
STEPHANIE L. CLARKE (CSB #257961)
JAMEY M.B. VOLKER (CSB #273544)
LAW OFFICES OF STEPHAN C. VOLKER
1633 University Avenue
Berkeley, California 94703
Tel:    510/496-0600
Fax:    510/845-1255
svolker@volkerlaw.com
akrieg@volkerlaw.com
sclarke@volkerlaw.com
jvolker@volkerlaw.com
```
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, FRIENDS OF THE RIVER, SAN FRANCISCO CRAB BOAT OWNERS ASSOCIATION, INC., THE INSTITUTE FOR FISHERIES RESOURCES, and FELIX SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD R. GLASER, Regional Director of the U.S. Bureau of Reclamation, U.S. BUREAU OF RECLAMATION, and SAN LUIS & DELTA-MENDOTA WATER AUTHORITY,<br><br>Defendants. | Civ. No. 2:11-cv-02980-KJM-CKD<br><br>**THIRD STIPULATION EXTENDING SUMMARY JUDGMENT BRIEFING SCHEDULE (SAME HEARING DATE); ORDER THEREON**<br><br>Current Due Date: April 29, 2022<br>Proposed New Date: May 31, 2022 |

Plaintiffs PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, et al., DEFENDANTS DONALD R. GLASER, U.S. BUREAU OF RECLAMATION, and SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, and Defendant-Intervenor GRASSLAND WATER DISTRICT hereby stipulate, and jointly request, that this Court enter an Order amending its Minute Order filed May 3, 2022 (ECF 225) to extend the current summary judgment briefing schedule (but keep the same hearing date) in the above-referenced action from the current due dates as stated in that Minute Order to the later dates specified below to accommodate the unavailability of Plaintiffs' counsel due to Covid and additional urgent medical issues, as follows:

| Task | Current Deadline | Extended Deadline |
|---|---|---|
| Plaintiffs' Reply(ies) | August 19, 2022 | September 9, 2022 |
| Hearing Date | September 30. 2022 | September 30, 2022 |

In support of this Stipulation and Joint Request the undersigned Parties state as follows:

1. Defendants and Defendant-Intervenor previously requested and were granted a 34-day extension of time to file their opening summary judgment motions and supporting documents by this Court's Minute Order filed February 25, 2022.

2. Plaintiffs previously requested and were granted a 35-day extension of time to file their cross-motion for summary judgment and opposition to Defendants' summary judgment motion by this Court's Minute Order filed March 21, 2022.

3. Plaintiffs' two counsel with principal responsibility for preparing Plaintiffs' cross-motion for summary judgment and opposition have encountered serious medical issues that have substantially impaired their ability to prepare Plaintiffs' replies in support of their summary judgment motion due to Covid and additional urgent medical issues, necessitating an extension of the current deadline.

4. This extension request is STIPULATED AND UNOPPOSED.

5. The Parties propose to retain the Court's existing hearing date of September 30, 2022, but recognize and defer to the Court's decisions as to whether a new hearing date is appropriate, and as to any other schedule adjustments.  Retention of the existing hearing date of September 30, 2022 is made respectfully with this understanding.

6. The Parties submit that granting this extension should not appreciably delay the ultimate resolution of this case.

For the foregoing reasons, the Parties respectfully request that the Court issue an order extending the time for the filing of Plaintiffs' summary judgment replies from the current due date, August 19, 2022, until September 9, 2022, and corresponding extensions of the later briefing due dates.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 9, 2022 | Respectfully submitted, |
| 3 | | LAW OFFICES OF STEPHAN C. VOLKER |

Dated: August 9, 2022   Respectfully submitted,
 LAW OFFICES OF STEPHAN C. VOLKER

By: */s/ Stephanie L. Clarke*
STEPHANIE L. CLARKE
*Attorney for Plaintiffs*

Dated: August 10, 2022   U.S. DEPARTMENT OF JUSTICE

By: */s/Martin F. McDermott*
Martin F. McDermott
U.S. Department of Justice Environment & Natural Res. Div.
Environmental Defense Section
P.O. Box 7611 Washington, D.C. 20044
*Attorneys for Federal Defendants*

Dated: August 10, 2022   COTCHETT, PITRE & McCARTHY, LLP

By: */s/ Julie L. Fieber*
JULIE L. FIEBER
840 Malcolm Road
Burlingame, CA 94101
Attorneys for Defendant San Luis & Delta-Mendota Water Authority

Dated: August 10, 2022   GRASSLAND WATER DISTRICT

By: */s/ Ellen L. Wehr*
ELLEN F. WEHR
200 West Willmott Avenue
Los Banos, CA 93635
Attorney for Defendant-Intervenor Grassland Water District

**ORDER**

GOOD CAUSE APPEARING from the Parties' foregoing Stipulation and Joint Request,

IT IS SO ORDERED.

DATED:  August 25, 2022

_____
CHIEF UNITED STATES DISTRICT JUDGE